**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 18, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01021-CR

---

### IKECHUKWU CHRIS OBUDULU, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65035-B**

---

## M E M O R A N D U M   O P I N I O N

Appellant attempts to appeal the denial of his application for writ of habeas corpus. The trial court signed an order denying appellant's application on June 20, 2018. Appellant's notice of appeal was due July 20, 2018, but not filed until November 26, 2018.

A defendant's notice of appeal must be filed within 30 days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements of Texas Rule of Appellate Procedure 26 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

On November 30, 2018, the State filed a motion to dismiss the appeal for lack of jurisdiction. The motion is granted, and the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jamison and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).